IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIE JOHNSON | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 07-1643 |
| | : | |
| GEORGE PATRICK, et al. | : | |

### ORDER

**AND NOW**, this 22nd day of October, 2007, upon careful and independent consideration of the pleadings and the record herein, and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin, and having received no objections thereto, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254, is

    **DENIED** with prejudice and **DISMISSED** without an evidentiary hearing; and

3. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

/s/ Bruce W. Kauffman
**BRUCE W. KAUFFMAN, J.**